**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

       Plaintiff,                    CIVIL ACTION NO. 10-CV-13922

  vs.

                                  DISTRICT JUDGE BERNARD A. FRIEDMAN

DeMARIA BUILDING COMPANY,    MAGISTRATE JUDGE MONA K. MAJZOUB
INC., et al.,

       Defendants.
_____/

**ORDER GRANTING IN PART WESTERN TOWNSHIPS UTILITIES AUTHORITY'S MOTION TO QUASH WADE TRIM ASSOCIATES, INC.'S DISCOVERY REQUESTS (DOCKET NO. 112) AND DENYING WADE TRIM'S MOTION TO DETERMINE OBJECTIONS INSUFFICIENT AND TO DEEM REQUESTS ADMITTED (DOCKET NO. 115)**

      This matter comes before the Court on two motions. The first motion is Western Townships Utilities Authority's ("WTUA's") Objections, Motion to Quash and Motion for Protective Order with respect to Wade Trim Associates, Inc.'s ("Wade Trim's") First and Second Discovery Requests to Western Townships Utilities Authority. (Docket no. 112). Wade Trim filed a response. (Docket no. 116). WTUA and Wade Trim filed a Joint Statement of Resolved and Unresolved Issues. (Docket no. 184). The motion was referred to the undersigned for decision pursuant to 28 U.S.C. § 636(b)(1)(A). (Docket no. 114).

      The second motion is Wade Trim's Motion to Determine Objections Insufficient and To Deem Requests Admitted. (Docket no. 115). WTUA filed a response. (Docket no. 129). Wade Trim filed a reply. (Docket no. 134). The parties filed a Joint Statement of Resolved and

1

Unresolved Issues. (Docket no. 185). The motion was referred to the undersigned for decision pursuant to 28 U.S.C. § 636(b)(1)(A). (Docket no. 117).

The Court heard oral argument on the motions on April 10, 2012.

This Court having reviewed the briefs and listened to oral argument, it is hereby ordered as follows:

**IT IS ORDERED** that for the reasons stated on the record on April 10, 2012, WTUA's Motion to Quash and Motion for Protective Order with respect to Wade Trim Associates, Inc.'s First and Second Discovery Requests to Western Townships Utilities Authority (docket no. 112) is **GRANTED IN PART**. Wade Trim's First and Second Discovery Requests to WTUA encompassing approximately 330 pages of requests and exhibits are hereby quashed.

**IT IS FURTHER ORDERED** that any future requests for admissions submitted by Wade Trim to WTUA shall be limited to 25 in number, inclusive of all subparts, and shall comport in form and substance with Fed. R. Civ. P. 36.

**IT IS FURTHER ORDERED** that Wade Trim's Motion to Determine Objections Insufficient and Deem Requests Admitted (docket no. 115) is **DENIED** for the reasons stated on the record on April 10, 2012.

**IT IS FURTHER ORDERED** that WTUA's request for costs and attorneys' fees incurred in bringing its Motion to Quash and for Protective Order and in defending against Wade Trim's Motion to Deem Requests Admitted is **DENIED**.

## NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of fourteen days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. § 636(b)(1).

Dated: April 23, 2012            s/ Mona K. Majzoub
                                 MONA K. MAJZOUB
                                 UNITED STATES MAGISTRATE JUDGE


## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.


Dated: April 23, 2012            s/ Lisa C. Bartlett
                                 Case Manager